UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALGREEN EASTERN CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAOLIS REALTY TRUST, )<br>)<br>Defendant. )<br>) | Case No.<br><br>05 11601 JLT |

**PLAINTIFF WALGREEN EASTERN CO., INC.
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, plaintiff Walgreen Eastern Co., Inc. ("Walgreens") states that 100% of its stock is owned by its parent Walgreen Co., an Illinois Corporation that is publicly held.

Respectfully submitted,

Walgreens Eastern Co.

By their attorneys,

Joel G. Beckman BBO #553086
William C. Nystrom BBO #559656
Nystrom Beckman & Paris LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: July 29, 2005