UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WALGREEN EASTERN CO., INC., | ) | Case No. 05-11601 JLT |
| Plaintiff, | ) | |
| v. | ) | |
| MAOLIS REALTY TRUST, | ) | |
| Defendant. | ) | |

**ASSSENTED TO MOTION OF WALGREEN EASTERN CO., INC. TO ENLARGE TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS**

Pursuant to Federal Rules of Civil Procedure 6(b), plaintiff Walgreen Eastern Co., Inc. ("Walgreens") hereby moves to enlarge time to respond to the counterclaims of defendant Maolis Realty Trust ("Maolis") up to and including December 16, 2005. Maolis has assented to this motion.

WALGREEN EASTERN CO., INC.

By its attorneys,

\_\_\_/s/ Dana Zakarian_____
Joel G. Beckman (BBO #553086)
William C. Nystrom (BBO#559656)
Dana A. Zakarian (BBO#641058)
NYSTROM BECKMAN & PARIS LLP
10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: November 22, 2005

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel and counsel for the defendant, Geoffrey Norman, conferred by telephone on November 17, 2005, and defendants assented to this motion. .

      /s/ Dana Zakarian
Dana A. Zakarian