UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| WALGREEN EASTERN CO., INC., | ) | Case No. 05-11601 JLT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAOLIS REALTY TRUST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2, please enter the appearance of Daniel J. Pasquarello, Esq., Nystrom Beckman & Paris, LLP, on behalf of the Plaintiff and Counterclaim-Defendant, Walgreen Eastern Co., in the above-captioned matter.

Respectfully Submitted,

/s/ Daniel J. Pasquarello
Joel G. Beckman (BBO#553086)
William C. Nystrom (BBO#559656)
Daniel J. Pasquarello (BBO# 647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: January 24, 2006