UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALGREEN EASTERN CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAOLIS REALTY TRUST,<br><br>Defendant. | Case No. 05-11601 JLT |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, plaintiff, Walgreen Eastern Co., Inc. ("Walgreens"), and counsel for plaintiff hereby certify that they have conferred (a) with a view to estabilishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Plaintiff | Counsel for Plaintiff |
|---|---|
| _/s/ Dar. V. Os_____<br>WALGREEN EASTERN CO., INC.<br>By its authorized agent<br>Darin V. Osmond, Esq.<br>Senior Attorney, Litigation | _/s/ Joel Beckman_____<br>Joel G. Beckman (BBO # 556791)<br>Daniel J. Pasquarello (BBO # 647379)<br>NYSTROM BECKMAN & PARIS LLP<br>10 St. James Avenue, 16th Floor<br>Boston, MA 02116<br>(617) 778-9100<br>(617) 778-9110 (fax) |

DATED: February 17, 2006