UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WALGREEN EASTERN CO., INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 05-11601-JLT |
| | * | |
| MAOLIS REALTY TRUST, | * | |
| | * | |
| | * | |
| Defendant. | * | |

ORDER

February 27, 2006

TAURO, J.

After a conference held on February 27, 2006, this court hereby orders that:

1. Plaintiff may depose the following: (1) Jack Ryder; (2) Gordon Hall III; (3) Janet L. Stone; and (4) Olga Vasquez;

2. Defendant may depose: (1) the unnamed negotiator for Walgreen Eastern Co., Inc., as discussed in open court;

3. All abovementioned depositions must be completed by May 31, 2006;

4. No further discovery will be permitted without leave of this court; and

5. A Further Conference will be held on June 6, 2006, at 10:00 a.m.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge