UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11601 JLT

|  |  |
|---|---|
| WALGREEN EASTERN CO., INC., <br> Plaintiff, <br> v. <br> MAOLIS REALTY TRUST, <br> Defendant. | ) <br> ) <br> ) **LIST OF PROPOSED MEDIATORS** <br> ) <br> ) <br> ) <br> ) <br> ) |

The Plaintiff, Walgreen Eastern Co., Inc. (hereinafter "Walgreens") and the Defendant/Plaintiff-In-Counterclaim, Maolis Realty Trust (both Walgreens and Maolis Realty Trust are collectively referred to herein as the "Parties"), pursuant to Judge Tauro's Order, hereby submit this Joint List of Proposed Mediators.

The Parties have conferred and propose the following three Mediators:

1. James McGuire
   JAMS
   One Beacon Street, Suite 2300
   Boston, MA 02108-3106

2. David Hoffman
   Boston Law Collaborative, LLC
   99 Summer Street, Suite 1600
   Boston, MA 02110

3. James Marcellino
   McDermott Will & Emery LLP
   28 State Street
   Boston, MA 02109

The Parties have also conferred about potential dates for the mediation in the end of March as well as early April, 2006. Counsel for Walgreens, however, has been unsuccessful in confirming the proposed dates with his client. The Parties will confer further and notify the Proposed Mediators as soon as possible of the dates when all parties are available to attend a mediation.

- 2 -

Respectfully Submitted,

Maolis Reality Trust

By its attorneys,

TARLOW BREED HART
& RODGERS, P.C.

/s/ Jennifer C. Roman
Albert A. DeNapoli (BBO #543850)
Jennifer C. Roman (BBO #643223)
101 Huntington Avenue, Suite 500
Boston, MA 02199
Tel.: (617) 218-2000

Dated: March 13, 2006

Walgreen Eastern Co., Inc.

By its attorneys,

NYSTROM BECKMAN &
PARIS LLP

/s/ Joel Beckman
Joel Beckman (BBO #553086)
William C. Nystrom (BBO #559656)
Daniel J. Pasquarello (BBO # 647379)
10 St. James Ave., 16th Floor
Boston, MA 02116
Tel.: (617) 778-9100

Dated: March 13, 2006