UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT
2/27/06

| | |
|---|---|
| WALGREEN EASTERN CO., INC., | Case No. 05-11601 JLT |
| Plaintiff, | |
| v. | |
| MAOLIS REALTY TRUST, | |
| Defendant. | |

### PLAINTIFF'S LIST OF PROPOSED DEPONENTS

In accordance with the Court's Discovery Order, Plaintiff Walgreen Eastern Company, Inc. ("Walgreens") provides the following list of proposed deponents:

1. Jack Ryder
2. Gordon Hall III
3. Janet L. Stone
4. Olga Vasquez

Walgreens reserves the right to supplement this list as discovery in the case progresses.

WALGREEN EASTERN COMPANY, INC.
By its attorneys,

_____
Joel G. Beckman (BBO#553086)
Daniel J. Pasquarello (BBO#647379)
NYSTROM BECKMAN & PARIS LLP
10 St. James Ave., 16th Floor
Boston, Massachusetts 02116
(617) 778-9100
(617) 778-9110 (fax)

Dated: February 24, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006 I served a copy of the foregoing document by facsimile and First Class Mail postage pre-paid upon Albert DeNapoli, Esq. counsel for the Defendant.

_____
Daniel J. Pasquarello

2