"FILED IN OPEN COURT"
2/27/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11601 JLT

| | |
|---|---|
| WALGREEN EASTERN CO., INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>MAOLIS REALTY TRUST,<br>　　　　　Defendant. | **AUTOMATIC DISCLOSURES OF<br>MAOLIS REALTY TRUST** |

　　　　The Defendant/Plaintiff-In-Counterclaim, Maolis Realty Trust (hereinafter "Maolis"), by its attorneys, hereby submits this Automatic Disclosure Statement. Maolis recognizes that this disclosure obligation continues throughout the case and reserves its right to supplement this statement as additional witnesses and documents are identified and/or located.

### Disclosures

I. NAMES AND ADDRESSES OF PERSONS PRESENTLY KNOWN TO MAOLIS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO THE CLAIMS SET FORTH IN PLAINTIFF'S COMPLAINT, AND MAOLIS' COUNTERCLAIMS.

　　A.　SUBJECT MATTERS

　　　　1.　Negotiations and agreements between Maolis and Walgreen Eastern Co., Inc. (Walgreens) including the Ground Lease Agreement.

　　　　2.　Walgreens' breach of the Ground Lease Agreement.

　　　　3.　The parking lot expenses, including the attendant and his/her responsibilities, wages and hours.

　　　　4.　Insurance for 21 Joyce Street, Lynn, Massachusetts.

B. WITNESSES:

 1. John E. Ryder
  c/o Maolis Realty Trust
  P.O. Box 37
  Nahant, MA 01908

Mr. Ryder is a Trustee of the Maolis Realty Trust. He is expected to have certain knowledge as to all the subject matters.

 2. Gordon R. Hall
  The Hall Company
  P.O. Box 815
  Lynn, MA 01903

Mr. Hall is the Managing Agent for the site. He is expected to have certain knowledge as to all the subject matters.

 3. Janet L. Stone
  The Hall Company
  P.O. Box 815
  Lynn, MA 01903

Ms. Stone is the Chief Financial Officer for The Hall Company. She is expected to have certain knowledge as to subject matters 2, 3 and 4.

 4. Gordon R. Hall, III
  1 Walnut Street
  Marblehead, MA 01945

Mr. Hall is a Trustee of the Maolis Realty Trust. He is expected to have certain knowledge as to all the subject matters.

 5. Olga Vasquez
  45 Match Street
  Salem, MA 01970

Ms. Vasquez is the parking lot attendant. She is expected to have certain knowledge as to the day to day duties of the parking lot attendant.

 6. Various Walgreens personnel including, but not limited to, present and past managers.

Maolis hereby reserves its right to amend and/or supplement this list as required.

II. **DOCUMENTS RELEVANT TO THE DISPUTE WHICH ARE WITHIN THE DEFENDANT'S POSSESSION, CUSTODY OR CONTROL**

Below is a description by category of all documents, data compilation and/or tangible things in Maolis' possession, custody or control which it may use to support its claims or defenses. All documents are currently located at the offices of The Hall Company, 145 Munroe Street, Suite 305, and Maolis agrees to make such documents available for inspection and copying pursuant to Fed. R. Civ. P. 26(a)(1)(B).

1. Documents concerning the Ground Lease Agreement, including, modifications to the Ground Lease Agreement, Assignment, Letter Agreement, and correspondence concerning the Ground Lease Agreement.

2. Documents concerning 21 Joyce Street, Lynn, Massachusetts.

3. Documents concerning Walgreen's alleged defaults of the Ground Lease Agreement, including Demands for Cures, Termination Notices and Notices to Quit.

4. Documents concerning payments made to Maolis by Walgreen regarding the Ground Lease Agreement.

5. Documents concerning the maintenance of the parking lot located at 21 Joyce Street, Lynn, Massachusetts, including invoices, documents concerning snow removal, the parking attendant, repairs and costs associated with the parking lot.

6. Documents concerning common area maintenance charges, including invoices and Walgreen's worksheets.

7. Documents concerning Real Estate Taxes for 21 Joyce Street, Lynn, Massachusetts.

8. Documents concerning renovations to the Walgreen store situated on the leased premises.

9. Documents concerning the Quitclaim Deed, conveying 15 Joyce Street, Lynn, Massachusetts from Maolis Realty Trust to 15 Joyce Street Realty Trust.

10. Documents concerning the insurance insuring 21 Joyce Street, Lynn, Massachusetts.

11. Documents concerning the 15 Joyce Street Realty Trust.

Maolis' investigation and discovery concerning this case is continuing and, if additional information is obtained after the date of these disclosures, Maolis reserves the right to supplement these disclosures according to Rule 26(e) of the Federal Rules of Civil Procedure.

### III.   INSURANCE AGREEMENTS

Maolis is not aware of any insurance policy that would satisfy part or all of a judgment against Maolis or that would indemnify or reimburse Maolis for any payments made to satisfy any judgment.

### IV.   EXPERT TESTIMONY

Maolis has not yet determined who, if anyone, it intends to call as an expert witness at the trial in this action. Maolis reserves the right to supplement this response in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

Maolis Reality Trust
By its attorneys,
TARLOW BREED HART & RODGERS, P.C.

_____
Albert A. DeNapoli (BBO #543850)
Jennifer C. Roman (BBO #643223)
101 Huntington Avenue, Suite 500
Boston, MA  02199
Tel.: 617-218-2000

Dated: February 24, 2006