

## TARLOW BREED HART & RODGERS, P.C.
Counsellors at Law

Jennifer C. Roman
Direct Dial: (617) 218-2045
E-mail: jroman@tbhr-law.com

March 22, 2006

**VIA FACSIMILE** (617) 748-9096

United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
ATTN: ADR Panel

Re:   Walgreens Eastern Co., v. Maolis Realty Trust
      U.S. District Court, District of Massachusetts Civil Action No. 05-11601 JLT

Dear Sir or Madam:

Pursuant to Judge Tauro's Order and the *Joint List of Proposed Mediators* previously filed in this matter, please find below, in order of preference, three mutually agreeable dates for the scheduling of the mediation:

1.   April 4, 2006;

2.   April 5, 2006; and,

3.   April 6, 2006.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Jennifer C. Roman

101 Huntington Avenue ▪ Prudential Center ▪ Boston, MA 02199 ▪ Telephone 617.218.2000 ▪ Fax 617.261.7673 ▪ www.tbhr-law.com


United States District Court
District of Massachusetts
ATTN: ADR Panel
March 22, 2006
Page 2

cc: Client
    Joel Beckman, Esquire
    Daniel J. Pasquarello, Esquire
    Albert A. DeNapoli, Esquire