UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11601 JLT

| | |
|---|---|
| WALGREEN EASTERN CO., INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MAOLIS REALTY TRUST, )<br>    Defendant. )<br>) | **JOINT LIST OF ADDITIONAL<br>PROPOSED DATES FOR MEDIATION** |

  The Plaintiff, Walgreen Eastern Co., Inc. (hereinafter "Walgreens") and the Defendant/Plaintiff-In-Counterclaim, Maolis Realty Trust (both Walgreens and Maolis Realty Trust are collectively referred to herein as the "Parties"), pursuant to Judge Tauro's Order, hereby submit this Joint List of Additional Proposed Dates For Mediation, the parties having previously filed their Joint List of Proposed Mediators.

  The Parties have conferred and propose the following dates for the scheduling of a Mediation:

  1.  April 28, 2006;

  2.  May 4, 2006;

  3.  May 5, 2006;

  4.  May 8, 2006; and

  5.  May 9, 2006.

- 2 -

Respectfully Submitted,

| | |
|---|---|
| Maolis Reality Trust | Walgreen Eastern Co., Inc. |
| By its attorneys, | By its attorneys, |
| TARLOW BREED HART<br>& RODGERS, P.C. | NYSTROM BECKMAN &<br>PARIS LLP |
| /s/ Jennifer C. Roman _____<br>Albert A. DeNapoli (BBO #543850)<br>adenapoli@tbhr-law.com<br>Jennifer C. Roman (BBO #643223)<br>jroman@tbhr-law.com<br>101 Huntington Avenue, Suite 500<br>Boston, MA 02199<br>Tel: (617) 218-2000 | /s/ Daniel J. Pasquarello_____<br>Joel Beckman (BBO #553086)<br>jbeckman@nbparis.com<br>William C. Nystrom (BBO #559656)<br>wnystrom@nbparis.com<br>Daniel J. Pasquarello (BBO # 647379)<br>dpasquarello@nbparis.com<br>10 St. James Ave., 16th Floor<br>Boston, MA 02116<br>Tel.: (617) 778-9100 |
| Dated: April 7, 2006 | Dated: April 7, 2006 |