UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALGREEN EASTERN CO., INC.,<br>    Plaintiff/Defendant-in-Counterclaim<br><br>V.<br><br>MAOLIS REALTY TRUST,<br>    Defendant/Plaintiff-in-Counterclaim | DOCKET NO. 05-11601 JLT |

## STATUS REPORT
### TUESDAY, AUGUST 8, 2006

In response to the notice of the Court dated August 4, 2006, the parties in the above-captioned action file this status report.

Since last appearing in Court and in preparation of an agreed-upon mediation, the parties spent considerable time and effort narrowing the issues between them. On May 18, 2006, the parties attended a mediation session at JAMS in Boston, Massachusetts before Mediator James McGuire, Esq. The full-day session resulted in a conceptual agreement on many of the fundamental terms, and the parties were instructed to draft a settlement document and report back to mediator McGuire. Over the course of the next several weeks numerous drafts of a proposed settlement agreement were exchanged. Ultimately, however, certain material terms remained unresolved. The parties reported back to mediator McGuire. Within the past two weeks mediator McGuire, has had a conference call with the representatives of the landlord, Maolis Realty Trust, and followed that up with a meeting with the tenant, Walgreens', counsel, in an attempt to

resolve the remaining differences. As a result, new drafts of the proposed settlement agreement were drafted and exchanged between the parties.

Yesterday, Monday August 7, 2006, mediator McGuire contacted the landlord's attorney to determine the status of the latest exchange of drafts between the parties and to further discuss the issues. A follow-up conference call with the landlord was tentatively scheduled with mediator McGuire as well as, if needed, a follow-up conference call with tenant's counsel.

While not knowing whether the parties will be ultimately successful or not in resolving this matter through mediation, due to vacation scheduling and mediator McGuire's schedule, the parties believe that their efforts to resolve this dispute through mediation will be complete by Labor Day.

Accordingly, by September 6, 2006, the parties will advise this court as to whether the mediation has been successful or whether it has failed, and the need to proceed with the litigation.

                                        Respectfully submitted,

| | |
|---|---|
| Walgreen Eastern Co., Inc., | Maolis Realty Trust, |
| By its attorneys, | By its attorneys, |
| NYSTROM BECKMAN & PARIS LLP | TARLOW BREED HART & RODGERS, P.C. |
| | |
| /s/   Joel Beckman | /s/  Albert A. DeNapoli |
| Joel Beckman (BBO #553086) | Albert A. DeNapoli (BBO #543850) |
| William C. Nystrom (BBO #559656) | Jennifer C. Roman (BBO #643223) |
| Dana Zakarian (BBO #641058) | 101 Huntington Avenue, Suite 500 |
| 10 St. James Avenue, 16th Floor | Boston, MA  02199 |
| Boston, MA  02116 | Tel.: (617) 218-2000 |
| Tel.: (617) 778-9100 | |
| | |
| Dated:  August 8, 2006 | Dated:  August 8, 2006 |