UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALGREEN EASTERN CO., INC., )<br>    Plaintiff/Defendant-in-Counterclaim )<br>)<br>V. )<br>)<br>MAOLIS REALTY TRUST, )<br>    Defendant/Plaintiff-in-Counterclaim )<br>) | DOCKET NO. 05-11601 JLT |

## NOTICE OF APPEARANCE
## OF
## ALBERT A. DENAPOLI

Please note the appearance of Albert A. DeNapoli as attorney with Jennifer C. Roman for the Defendant/Plaintiff-in-Counterclaim, Maolis Realty Trust.

    Respectfully submitted,
    Maolis Realty Trust,
    By Its Attorneys,
    TARLOW BREED HART & RODGERS, P.C.

    /s/ Albert A. DeNapoli
    _____

    Albert A. DeNapoli (BBO #543850)
    Tarlow Breed Hart & Rodgers, P.C.
    101 Huntington Avenue, Suite 500
    Boston, MA 02199
    Tel.: (617) 218-2000

Dated: August ____, 2006