UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
WALGREEN EASTERN CO., INC.,            )          DOCKET NO. 05-11601 JLT
     Plaintiff/Defendant-in-Counterclaim )
                                       )
    V.                                 )
                                       )
MAOLIS REALTY TRUST,                   )
     Defendant/Plaintiff-in-Counterclaim )
_____)

## STATUS REPORT
## WEDNESDAY, SEPTEMBER 6, 2006

In response to the notice of the Court dated August 22, 2006, the parties in the above-captioned action file this status report.

Since the last status report filed August 8, 2006, the parties have been able to successfully resolve certain material terms of a proposed settlement agreement which had remained outstanding since the parties last status report to the Court. However, the parties are continuing to discuss certain material terms which remain at issue. In an effort to resolve the remaining issues, the parties have exchanged additional draft proposed settlement agreements. The parties reported back to mediator Jim McGuire. Within the past two weeks mediator McGuire, has had a conference call with the representatives of the landlord, Maolis Realty Trust, and followed that up with a conference call with the tenant, Walgreens', counsel, in an attempt to resolve the remaining differences.

While not knowing whether the parties will be ultimately successful or not in resolving this matter through mediation, the parties believe that their efforts to resolve this dispute through mediation will be complete by mid-September.

Accordingly, by September 18, 2006, the parties will advise this court as to whether the mediation has been successful or whether it has failed, and the need to proceed with the litigation.

Respectfully submitted,

| | |
|---|---|
| Walgreen Eastern Co., Inc., | Maolis Realty Trust, |
| By its attorneys, | By its attorneys, |
| NYSTROM BECKMAN & PARIS LLP | TARLOW BREED HART & RODGERS, P.C. |

/s/  Daniel J. Pasquarello
Joel Beckman (BBO #553086)
jbeckman@nbparis.com
William C. Nystrom (BBO #559656)
Daniel J. Pasquarello (BBO #647379)
dpasquarello@nbparis.com
10 St. James Avenue, 16th Floor
Boston, MA  02116
Tel.: (617) 778-9100

/s/ Jennifer C. Roman
Albert A. DeNapoli (BBO #543850)
adenapoli@tbhr-law.com
Jennifer C. Roman (BBO #643223)
jroman@tbhr-law.com
101 Huntington Avenue, Suite 500
Boston, MA  02199
Tel.: (617) 218-2000

Dated:  September 6, 2006

Dated:  September 6, 2006