UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                         )
WALGREEN EASTERN CO., INC.,     )         DOCKET NO. 05-11601 JLT
    Plaintiff/Defendant-in-Counterclaim )
                                         )
V.                                   )
                                         )
MAOLIS REALTY TRUST,            )
    Defendant/Plaintiff-in-Counterclaim )
_____)

## STATUS REPORT
## MONDAY, SEPTEMBER 18, 2006

In response to the notice of the Court dated August 22, 2006, the parties in the above-captioned action file this status report.

The parties have been unable to successfully resolve certain remaining issues and report that the mediation has failed.

Respectfully submitted,

| | |
|---|---|
| Walgreen Eastern Co., Inc., | Maolis Realty Trust, |
| By its attorneys, | By its attorneys, |
| NYSTROM BECKMAN & PARIS LLP | TARLOW BREED HART & RODGERS, P.C. |

/s/ Daniel J. Pasquarello                /s/ Jennifer C. Roman
Joel Beckman (BBO #553086)        Albert A. DeNapoli (BBO #543850)
jbeckman@nbparis.com                adenapoli@tbhr-law.com
William C. Nystrom (BBO #559656)  Jennifer C. Roman (BBO #643223)
Daniel J. Pasquarello (BBO #647379)  jroman@tbhr-law.com
dpasquarello@nbparis.com            101 Huntington Avenue, Suite 500
10 St. James Avenue, 16th Floor      Boston, MA 02199
Boston, MA 02116                        Tel.: (617) 218-2000
Tel.: (617) 778-9100                  Dated: September 18, 2006
Dated: September 18, 2006

- 2 -