UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WALGREEN EASTERN CO., INC., | ) | Case No. 05-11601 JLT |
| Plaintiff, | ) | |
| v. | ) | |
| MAOLIS REALTY TRUST, | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties to the above-captioned action hereby stipulate that said action, including counterclaims, be dismissed with prejudice, without costs, and all rights to appeal are waived. Each party is to bear its own costs and attorneys' fees.

Dated: November 10, 2006

| WALGREEN EASTERN COMPANY, INC. | MAOLIS REALTY TRUST |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| /s/ Daniel J. Pasquarello | /s/ Albert A. DeNapoli (by permission) |
| Joel G. Beckman (BBO#553086) | Albert A. DeNapoli (BBO #543850) |
| Daniel J. Pasquarello (BBO#647379) | Jennifer C. Roman (BBO #643223) |
| NYSTROM BECKMAN & PARIS LLP | TARLOW BREED HART & RODGERS |
| 10 St. James Ave., 16th Floor | 101 Huntington Avenue, Suite 500 |
| Boston, Massachusetts 02116 | Boston, Massachusetts 02199 |
| (617) 778-9100 | (617) 218-2000 |
| (617) 778-9110 (fax) | |

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 10th day of November, 2006.

                                  <u>/s/ Daniel J. Pasquarello</u>